UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL J. SABBATELLI,
individually and on
behalf of all others
similarly situated,

 Plaintiff,

v.                                    CIVIL ACTION NO.: 13-cv-11071-NMG

FUEL DOCTOR, LLC,
BEST BUY, CO., INC. and
UNKNOWN DEFENDANTS 1-10,
 Defendants.

**MOTION FOR AN ENLARGEMENT OF TIME TO AND INCLUDING JULY 1, 2013 FOR DEFENDANT BEST BUY, CO., INC. TO RESPOND TO THE COMPLAINT**

Plaintiff Daniel J. Sabbatelli (hereinafter "Sabbatelli") requests that Defendant Best Buy, Co., Inc. (hereinafter "Best Buy") be allowed to and including July 1, 2013 in which to file a response to the class action complaint.[1]

As grounds for this motion, Sabbatelli states as follows: Best Buy was served with the complaint and summons on May 20, 2013 and reasonably requires until July 1, 2013 in which to retain local counsel, investigate the facts alleged in the complaint and file a response.  The proposed enlargement of time will not delay this proceeding or cause prejudice to any party.

---

[1] Best Buy corporate counsel Daniel West located in Minnesota conferred with Plaintiff's counsel and requested this enlargement of time.

**RELIEF REQUESTED**

Wherefore, it is requested that Defendant Best Buy be allowed to and including July 1, 2013 in which to file a response to the class action complaint.

        Daniel J. Sabbatelli
        By his attorney,
        on behalf of himself and
        proposed class members,

        */s/ Thomas P. Sobran*
        Thomas P. Sobran
        7 Evergreen Lane
        Hingham, MA 02043
        (781) 741-6075
        tsobran@sobranlaw.com
        BBO #471810

Certificate of Service

I certify that a copy of the above document entitled MOTION FOR AN ENLARGEMENT OF TIME TO AND INCLUDING JULY 1, 2013 FOR DEFENDANT BEST BUY, CO., INC. TO RESPOND TO THE COMPLAINT was docketed through the Electronic Case Filing system on May 28, 2013.

        */s/ Thomas P. Sobran*
        Thomas P. Sobran