UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL J. SABBATELLI,
individually and on
behalf of all others
similarly situated,

  Plaintiff,

v.                          CIVIL ACTION NO.: 13-cv-11071-NMG

FUEL DOCTOR, LLC,
BEST BUY, CO., INC. and
UNKNOWN DEFENDANTS 1-10,
  Defendants.

**MOTION FOR AN ENLARGEMENT OF TIME TO AND INCLUDING JULY 21, 2013 FOR DEFENDANT FUEL DOCTOR, LLC TO RESPOND TO THE COMPLAINT**

Plaintiff Daniel J. Sabbatelli (hereinafter "Sabbatelli") requests that Defendant Fuel Doctor, LLC (hereinafter "Fuel Doctor") be allowed to and including July 21, 2013 in which to file a response to the class action complaint.[1]

As grounds for this motion, Sabbatelli states as follows: Fuel Doctor was served with the complaint and summons on May 21, 2013 and reasonably requires until July 21, 2013 in which to retain local counsel, investigate the facts alleged in the complaint and file a response.  The President of Fuel Doctor is also scheduled to be outside of the United States traveling in the first half of July. The proposed enlargement of time will not delay this proceeding or cause prejudice to any party.

---

[1] Fuel Doctor counsel Robert E. Young located in California conferred with Plaintiff's counsel and requested this enlargement of time.

**RELIEF REQUESTED**

Wherefore, it is requested that Defendant Fuel Doctor be allowed to and including July 21, 2013 in which to file a response to the class action complaint.

>Daniel J. Sabbatelli
>By his attorney,
>on behalf of himself and
>proposed class members,
>
>*/s/ Thomas P. Sobran*
>Thomas P. Sobran
>7 Evergreen Lane
>Hingham, MA 02043
>(781) 741-6075
>tsobran@sobranlaw.com
>BBO #471810

Certificate of Service

I certify that a copy of the above document entitled MOTION FOR AN ENLARGEMENT OF TIME TO AND INCLUDING JULY 21, 2013 FOR DEFENDANT FUEL DOCTOR, LLC INC. TO RESPOND TO THE COMPLAINT was docketed through the Electronic Case Filing system on June 7, 2013.

>*/s/ Thomas P. Sobran*
>Thomas P. Sobran